## WEYHRAUCH v. UNITED STATES

No. 08–1196.   Argued December 8, 2009—Decided June 24, 2010

*Donald B. Ayer* argued the cause for petitioner. With him on the briefs were *Douglas Pope, Brian J. Murray,* and *Nicole C. H. Massey.*

*Deputy Solicitor General Dreeben* argued the cause for the United States. With him on the brief were *Solicitor General Kagan, Assistant Attorney General Breuer,* and *Anthony A. Yang.*\*

PER CURIAM.

The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Skilling* v. *United States, ante,* p. 358.

---

\**Abbe David Lowell, Paul M. Thompson,* and *Jeffrey W. Mikoni* filed a brief for the National Association of Criminal Defense Lawyers as *amicus curiae* urging reversal.

*Albert W. Alschuler, pro se,* filed a brief as *amicus curiae.*